UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Lakeside Manor Inn, LLC,** | : | Case No. 5:21-02009 – MJC |
| | : | |
| **Debtor.** | : | |
| | : | |

## ORDER TO SHOW CAUSE
## WHY BANKUPTCY CASE SHOULD NOT BE DISMISSED

**AND NOW**, the debtor Lakeside Manor Inn, LLC ("the Debtor") having filed a voluntary Chapter 11 bankruptcy petition on September 15, 2021;

**AND**, it appearing that Christine Davis Alzate, an individual designated on the Debtor's petition as a managing member, filed the petition on behalf of the Debtor, see Doc. # 1;

**AND**, it appearing that Ms. Alzate is not an attorney;

**AND**, it being black letter law that corporations, including artificial entities such as a limited liability companies, may appear in federal court only through licensed counsel, see Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02, 113 S. Ct. 716 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel. As the courts have recognized, the rationale for that rule applies equally to all artificial entities.") (citations omitted); In re 69 N. Franklin Tpk., LLC, 693 F. App'x 141, 144 (3d Cir. 2017) (non-precedential) (same);

**AND**, the filing of a bankruptcy petition by a non-attorney individual on behalf of a corporation, partnership, or any other artificial entity may constitute the unauthorized practice of law; accordingly

1

IT IS HEREBY:

ORDERED that the Debtor SHALL retain legal counsel and have such legal counsel enter an appearance on behalf of the Debtor **on or before September 22, 2021**; it is further

ORDERED that if legal counsel does not enter an appearance on or before September 22, 2021, the Debtor **SHALL APPEAR** for a hearing on **Thursday, September 23, 2021 at 9:30 a.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 S. Main Street, Wilkes-Barre, Pennsylvania, 18701, and show cause why this case should not be dismissed; it is further

**ORDERED that failure to appear for the hearing may result in dismissal of this case without further notice or hearing.**

Dated: September 15, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (KM)